IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-00205-FDW

| | |
|---|---|
| JAMAL BULLOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| DAVID MITCHELL; ) | |
| KEN BEAVER; ) | |
| LARRY DUNSTON, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court following a review of Plaintiff's *pro se* complaint which he filed pursuant to 42 U.S.C. § 1983, and the documents submitted in support of the complaint.

Plaintiff is a prisoner of the State of North Carolina and was so at the time that he filed his complaint. Accordingly, Plaintiff must abide by the mandatory requirements of the Prisoner Litigation Reform Act ("PLRA") which provides that a prisoner must exhaust his administrative remedies prior to the commencement of a civil action under § 1983. The PLRA provides, in pertinent part that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). In North Carolina, State prisoners must complete a three-step administrative remedy procedure (ARP) in order to exhaust their administrative remedies. See N.C. Gen. Stat. §§ 148-118.1 to 148-118.9 (Article 11A: Corrections Administrative Remedy Procedure); Moore v. Bennette, 517 F.3d 717, 721 (4th Cir. 2008).

1

After reviewing the record in this matter it appears that Plaintiff has failed to exhaust his available administrative remedies. Accordingly, Plaintiff will be provided 14-days from entry of this Order to submit to the Court all responses to his written grievances which must include the Step One, Two, and Three responses.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall within fourteen (14) days from entry of this Order file all responses to his written grievances which includes the Step One, Two and Three responses. Plaintiff is notified that failure to comply with this Order will result in dismissal of this civil action and without further notice.

**SO ORDERED.**

Signed: September 11, 2015

Frank D. Whitney
Chief United States District Judge